

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-6-2008

# USA v. Pressey

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-4779

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Pressey" (2008). *2008 Decisions*. Paper 252.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/252

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-4779
_____

UNITED STATES OF AMERICA

v.

DEION PRESSEY,

Appellant

_____

On Appeal from the United States District Court
for the  District of Delaware
(D.C. Criminal No. 07-cr-00044)
District Judge:  The Honorable Joseph J. Farnan, Jr.

_____

Submitted Under Third Circuit LAR 34.1(a)
October 27, 2008

Before: McKEE, NYGAARD, and MICHEL,[*] Circuit Judges.

(Filed : November 6, 2008)

_____

OPINION OF THE COURT
_____

_____

    *The Honorable Paul R. Michel, Chief Judge, United States Court of Appeals for the Federal Circuit, sitting by designation.

NYGAARD, <u>Circuit</u> <u>Judge</u>.

Appellant, Deion Pressey, pleaded guilty to conspiracy to distribute, and to possess with intent to distribute, heroin. Appellant argued before the District Court that it should sentence him below the Guideline range. The District Court declined and imposed a sentence of 46 months' imprisonment, a sentence which was at the bottom of the Guideline range.

The Appellant raises only one issue on appeal, namely that the District Court failed to adequately consider and evaluate the statutory sentencing factors, other than the sentencing guidelines, and that this failure resulted in a sentence greater than necessary to accomplish the statutory sentencing scheme. We review a sentence for reasonableness, applying an abuse of discretion standard. *Gall v. United States*, 552 U.S. –, 138 S.Ct. 586, 594 (2007). Appellant bears the burden of showing unreasonableness. *United States v. Cooper*, 437 F.3d 324, 332 (3d Cir. 2006).

We have examined the record and the colloquy on appeal, and have concluded that Appellant has not borne his burden of showing unreasonableness. Hence, we conclude that the Appellant's contention is without merit and we will affirm.